UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE L. FOWLER,

          Plaintiff,

  v.

DOCTOR GOLDENSEN, et al.,

          Defendants.

                                          /

No. C 14-0527 NC (PR)

**ORDER OF DISMISSAL**

    Plaintiff, an inmate at the San Francisco County Jail, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983, complaining that jail medical personnel improperly have delayed surgery to remove his impacted tooth, causing plaintiff severe pain. On April 14, 2014, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

    More than twenty-eight days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the action is DISMISSED without prejudice.

    The Clerk is directed to enter judgment and close the file.

    IT IS SO ORDERED.

DATED:    June 2, 2014

                                        NATHANAEL M. COUSINS
                                        United States Magistrate Judge